

## LAW OFFICES OF
## RILEY & RILEY

| | | |
|---|---|---|
| EXECUTIVE COURT | (609) 914-0300 | BY APPOINTMENT |
| 2 Eves Drive, Suite 109 | (609) 914-0323 FAX | 1616 Pacific Avenue, Suite 305 |
| Marlton, NJ 08053 | | Atlantic City, NJ 08401 |
| **Mailing Address** | | |

Michael E. Riley
Tracy L. Riley
Daria B. Janka
John P. Montemurro, Of Counsel

WORKERS' COMPENSATION
3 Eves Drive, Suite 305
Marlton, NJ 08053

February 17, 2020

Via Electronic Filing
Honorable Robert B. Kugler
United States District Judge
Mitchell Cohen Courthouse
Fourth and Cooper Street
1 John F. Gerry Plaza
Camden, NJ 08102

**RE:  UNITED STATES v. NICODEMO S. SCARFO**

Dear Judge Kugler:

    Today I received correspondence from the Government in which they seek to have a meeting before the Court. Until now we were unaware of what the Government intended to raise at this meeting. We must object to any supplementation of the record prior to the Third Circuit's ruling on Mr. Scarfo's motion pending before it.

    Most respectfully, we will appear on Tuesday, February 18th, 2020 at 10am, however at this juncture we object to the Government's requests and the process, as outlined in the Government's letter, as this matter is currently in the hands of the Third Circuit.

Respectfully,

/s/_____
Michael E. Riley, Esquire
*Counsel for the Defendant*